UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CYNTHIA BOYD, et al.,

Plaintiffs,

v.

Case No. 3:16-CV-00009
Judge Thomas M. Rose

THE KINGDOM TRUST COMPANY, et al.,

Defendants.

---

**ENTRY AND ORDER GRANTING KINGDOM TRUST'S MOTION
TO DISMISS PLAINTIFFS' COMPLAINT** (DOC. 13)

---

Defendant The Kingdom Trust Company's ("Kingdom Trust) Motion to Dismiss Plaintiffs' Complaint (Doc. 13) incorporates PENSCO Trust Company's Motion to Dismiss (Doc. 10) and Memorandum in Support (Doc. 18), and adopts the legal arguments raised therein. For the reasons stated in the Court's prior order (Doc. 23), Kingdom Trust's Motion to Dismiss Plaintiffs' Complaint for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) is **GRANTED**.

**DONE** and **ORDERED** in Dayton, Ohio, this 9th DAy of December 2016

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE